IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES REED HAMMOND, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. JFM-16-1054 |
| | * | (U.S. Magistrate Judge Gallagher) |
| NANCY A. BERRYHILL, | * | |
| Acting Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

* * * * *

**STIPULATION AND JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES**

IT IS HEREBY STIPULATED and AGREED as follows:

Defendant does not object to an award of attorney's fees to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $4,100.00, and an award of costs in the amount of $400.00, to be sent to Plaintiff's counsel, Patrick J. Best, 18 N. 8th Street, Stroudsburg, Pennsylvania 18360.

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney

____/s/_____          ____/s/_____
PATRICK J. BEST                                          JENNIFER H. STINNETTE
18 N. 8th Street                                              Special Assistant United States Attorney
Stroudsburg, Pennsylvania 18360             6401 Security Boulevard, Room 617
Tel: 570-424-1117                                        Baltimore, MD 21235
Fax: 570-424-2814                                       Tel: 410-965-0086
Email: patrick@armlawyers.com            Fax: 410-597-1435
(signed by Jennifer H. Stinnette with the   Email: Jennifer.Stinnette@ssa.gov
permission of Patrick J. Best)

ORDERED as STIPULATED this _____ day of _____, 2017.

                                                                                    _____
                                                                                     STEPHANIE A. GALLAGHER
                                                                                     UNITED STATES MAGISTRATE JUDGE